IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Marceau, et al., <br><br>    Plaintiffs, <br><br> vs. <br><br> International Brotherhood of Electrical Workers Local 1269, et al., <br><br>    Defendants. | No. CIV 05-2874-PHX-MHM <br><br> **REPORT AND RECOMMENDATION** |

TO THE HONORABLE MARY H. MURGUIA, U.S. DISTRICT JUDGE:

    Pursuant to the Court's September 21, 2007 Order referring discovery matters to a magistrate judge, the undersigned has conducted four discovery conferences and addressed a number of pending discovery issues. The undersigned has previously been of the view, and has communicated to counsel the view, that all discovery must be completed by the existing February 1, 2008 deadline.

    During a November 14, 2007 discovery conference, the participating parties informed the Court that they had reached a stipulation requesting a schedule for final expert disclosures that would require that expert depositions be completed by April 15, 2008. The stipulation (which has now been joined by all parties) proposes a forty-three day extension of the dispositive motion deadline. The existing dispositive motion deadline is March 3, 2008 and the proposed new dispositive motion deadline would be April 15, 2008. In light of the parties' progress on resolving the pending discovery issues and in consideration of the remaining tasks, the undersigned believes that the requested extension is supported by good cause. This

1  conclusion reflects the undersigned's knowledge that the parties appreciate that no further
2  extensions of case management milestones will be recommended.
3       Accordingly, IT IS RECOMMENDED that upon the filing of the joint stipulation the
4  Court enter the proposed Amended Rule 16 Scheduling Order.
5       DATED this 15th day of November, 2007.

_____
David K. Duncan
United States Magistrate Judge